| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF TIPPECANOE | ) | CAUSE NO. 79C01-1110-PL- 00048 |

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION ) ) ) Plaintiff, ) ) v. ) ) MORRISON & FOERSTER LLP ) ) Defendant. ) | **FILED** OCT 07 2011 *[signature]* Clerk Tippecanoe Circuit Court |

## COMPLAINT

Comes now Plaintiff Purdue Research Foundation ("PRF"), by counsel, and for its Complaint against Morrison & Foerster LLP states:

1. Purdue Research Foundation is a corporation formed under the Indiana Foundation or Holding Companies Act of 1921, with its principal office in Tippecanoe County.

2. Defendant Morrison & Foerster LLP ("Morrison & Foerster") is a law firm organized as a limited liability partnership.

3. Morrison & Foerster is a nonresident organization without a principal place of business in the State of Indiana. Morrison & Foerster conducts business in the State of Indiana, including by appearing in courts in the State of Indiana.

4. PRF owns certain U.S. patent applications (hereafter, the "PRF Patent Applications").

5. Morrison & Foerster has filed a patent application identified as PCT2009/060273 ("the '273 Application"). A copy of the subsequently published cover page of the '273 Application is attached hereto and incorporated herein by reference.



A

6. The '273 Application employs PRF-owned information from the PRF Patent Applications, which information was a PRF trade secret at the time that Morrison & Foerster filed the '273 Application.

7. The '273 Application shows Purdue Research Foundation as an applicant.

8. PRF has never authorized Morrison & Foerster to possess or use any of the PRF-owned information set forth in the '273 Application and did not authorize Morrison & Foerster to access the PRF Patent Applications or file the '273 Application.

9. By filing the '273 Application purportedly on behalf of PRF as a co-applicant, Morrison & Foerster undertook a fiduciary duty to PRF.

10. By employing PRF's trade secret information in the '273 Application and filing the '273 Application without the knowledge or consent of PRF, Morrison & Foerster breached its fiduciary duty to PRF and misappropriated PRF's trade secret.

11. Said breach and misappropriation are ongoing, in that PRF is informed and believes and based thereon alleges that Morrison & Foerster continues to prosecute the '273 Application in the United States Patent & Trademark Office.

12. The harm suffered by PRF from the foregoing actions of Morrison & Foerster cannot be sufficiently remedied by an award of damages.

13. A permanent injunction against Morrison & Foerster's continued possession and use of PRF's trade secret information as disclosed in the '273 Application is necessary to make PRF whole, protect PRF from harm, and prevent unjust enrichment.

WHEREFORE, PRF prays for a permanent injunction barring Morrison & Foerster from prosecuting the '273 Application.

WPV.-C

William P. Kealey
Attorney No. 18973-79
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, Indiana 47902-1010
Telephone: (765) 428-7077

*Attorney for Plaintiff*

594086.1

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
15 April 2010 (15.04.2010)

PCT

(10) International Publication Number
**WO 2010/042892 A1**

(51) International Patent Classification:
*A61K 31/16* (2006.01)

(21) International Application Number:
PCT/US2009/060273

(22) International Filing Date:
9 October 2009 (09.10.2009)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
61/104,434   10 October 2008 (10.10.2008)   US
61/163,407   25 March 2009 (25.03.2009)   US
61/163,411   25 March 2009 (25.03.2009)   US
61/248,814   5 October 2009 (05.10.2009)   US

(71) Applicants *(for all designated States except US)*: CO-MENTIS, INC. [US/US]; 280 Utah Avenue, Suite 275, South San Francisco, CA 94080 (US). PURDUE RESEARCH FOUNDATION [US/US]; 3000 Kent Avenue, West Lafayette, IN 47906 (US). ASTELLAS PHARMA INC. [JP/JP]; 2-3-11, Nihonbashi-Honcho, Chuo-ku, Tokyo 103-8411 (JP).

(72) Inventors; and
(75) Inventors/Applicants *(for US only)*: BILCER, Geoffrey, M. [US/US]; 1313 Wild Plum Court, Edmond, OK 73025 (US). DEVASAMUDRAM, Thippeswamy [IN/US]; 2117 Bodega Way, Edmond, OK 73003 (US). ANKALA, Sudha, V. [IN/US]; 2117 Bodega Way, Edmond, OK 73003 (US). LILLY, John, C. [US/US]; 709 Tioga Circle, Norman, OK 73071 (US). LIU, Chunfeng [CN/US]; 1123 East Brooks Street, Norman, OK 73071 (US). LEI, Hui [CN/US]; 1117 NW 190th Place, Edmond, OK 73012 (US). GHOSH, Arun, K. [US/US]; 3345 Morgan Street, West Lafayette, IN 47906 (US). INOUE, Makoto [JP/JP]; Tokodai 2-15-4-C202, Tsukuba, Ibaraki 300-2635 (JP).

(74) Agents: FECHTER, Eric, J. et al.; Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, CA 94304-1018 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PE, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

Published:
— with international search report (Art. 21(3))



WO 2010/042892 A1

(54) Title: PYRROLIDINE COMPOUNDS WHICH INHIBIT BETA-SECRETASE ACTIVITY AND METHODS OF USE THEREOF

(57) Abstract: Described herein are novel beta-secretase inhibitors and methods for their use, including methods of treating Alzheimer's disease.