| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF TIPPECANOE | ) | CAUSE NO. 79C01-1110-PL-00048 |

PURDUE RESEARCH FOUNDATION,  )
)
                Plaintiff,  )
)
v.  )
)
MORRISON & FOERSTER LLP,  )
)
                Defendant.  )

### NOTICE OF INITIAL EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Morrison & Foerster LLP, by counsel, pursuant to T.R. 6(B)(1) and Tippecanoe County LR79-TR6(B)-4, respectfully notifies the Court of a thirty (30) day extension of time to and including December 9, 2011, to answer or otherwise respond to Plaintiff's Complaint and states the following in support thereof:

1. Plaintiff filed its Complaint on October 7, 2011. Defendant was served by U.S. Mail on October 17, 2011. Pursuant to T.R. 6(C), Defendant's answer or other response to Plaintiff's Complaint is due on or before November 9, 2011.

2. William Kealey, counsel for Plaintiff, consents to a thirty (30) day extension of time for Defendant to respond to Plaintiff's Complaint.

3. Pursuant to T.R. 6(B)(1) and LR79-TR6(B)-4, Defendant is entitled to an initial extension of time of thirty (30) days to and including December 9, 2011, to answer or otherwise respond to Plaintiff's Complaint. No further filing nor action by the Court is required for the extension.

WHEREFORE, Defendant, by counsel and pursuant to T.R. 6(B)(1) and Tippecanoe County LR79-TR6(B)-4, respectfully notifies the Court of a thirty (30) day extension of time to and including December 9, 2011, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

*/s/ Andrew W. Hull*

Andrew W. Hull (#11218-49)
Michael A. Dorelli (#20862-49)
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tel.: (317) 822-4400
Fax: (317) 822-0234
Email: awhull@hooverhull.com
mdorelli@hooverhull.com

Counsel for Defendant, Morrison & Foerster LLP

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following counsel of record via first class mail with proper postage prepaid this 7th day of November, 2011:

William P. Kealey
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, IN 47902-1010

*/s/ Andrew W. Hull*

Andrew W. Hull

604520