**Christopher Thompson**

**From:** Walters, Eric S. [EWalters@mofo.com]
**Sent:** Monday, November 07, 2011 1:15 PM
**To:** Andrew W. Hull
**Subject:** FW: Response from CoMentis regarding '273 Application Prosecution

**From:** Kealey, William P. [mailto:WPK@stuartlaw.com]
**Sent:** Friday, November 04, 2011 09:47 AM
**To:** Walters, Eric S.
**Cc:** Dan Hunt <dhunt@comentis.com>; Hornett, Joseph B. <jbhornett@prf.org>; Hart-Wells, Elizabeth A <eahart-wells@prf.org>; Terence Kelly <tkelly@comentis.com>
**Subject:** RE: Response from CoMentis regarding '273 Application Prosecution

Eric-

Libby Hart-Wells is at home ill today and called me a short time ago to ask that I follow up on her behalf on a few items from Mr. Kelly's email below.

Mr. Kelly's email characterizes the '273 application as controlled by the procedure for choice of counsel for "prosecution of Joint Patents under section 5.5 of the License Agreement." That characterization is a misstatement, presumably attributable to the pressing circumstances. The 2006 License Agreement does not list the '273 application. CoMentis has never advocated that the '273 application be added as a Licensed Patent under the 2006 License Agreement. There is no mention of the '273 Application in the Third Amended Complaint or in Dan Hunt's May 14 and July 12, 2010 letters to PRF.

As set out in *PRF v. Morrison & Foerster*, PRF objects to continued prosecution of the '273 application. A change in the identity of the prosecutor would not in itself resolve the grievances pled in that suit.

The three firms identified in the Kelly email will need to be vetted by PRF to determine whether they would be responsive to PRF's instructions with respect to the '434 provisional, among other vetting issues. Once Libby receives the requested attorney names, PRF will pursue its diligence.

I wish to join in Libby's condolences on the loss of Mr. Grove. Libby has asked me to relay her availability for a call later next week or the week following, should Mr. Kelly wish to update with her on the settlement conversations that Mr. Grove led earlier this year.

Regards,
Bill



11/15/2011

**William P. Kealey**
Stuart & Branigin LLP
(765) 428-7077
stuartlaw.com/lawyers/william-p-kealey/
wpk@stuartlaw.com

**Lafayette Office**
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010

This message is a confidential legal communication to the named recipient(s). If you receive this message in error or are not the named recipient(s), please notify the sender and delete this email. Thank you.

**From:** Terence Kelly [mailto:tkelly@comentis.com]
**Sent:** Friday, November 04, 2011 10:16 AM
**To:** Hart-Wells, Elizabeth A
**Cc:** Dan Hunt; Walters, Eric S. (EWalters@mofo.com); Kealey, William P.
**Subject:** RE: Response from CoMentis regarding '273 Application Prosecution

Dear Libby,

Thank you for your kind words; I will pass them along to Carl's family.

On the legal matter, I will ask our legal team to follow up and provide you with the information.

Sincerely,

Terry


Terence A. Kelly, PhD
Chief Scientific Officer
CoMentis, Inc


**From:** Hart-Wells, Elizabeth A [mailto:eahart-wells@prf.org]
**Sent:** Friday, November 04, 2011 2:34 PM
**To:** Terence Kelly
**Cc:** Dan Hunt; Walters, Eric S. (EWalters@mofo.com); wpk@stuartlaw.com
**Subject:** Re: Response from CoMentis regarding '273 Application Prosecution

Mr. Kelly,

On the matter of transferring prosecution responsibility, PRF will perform diligence on these proposed firms and provide an informed response on preference. To that end, identification of the proposed handling attorney(s) at each of the three firms would be helpful to enable our review.

On a personal note, please accept my sincerest condolences to you and Mr. Grove's family including his

11/15/2011

extended CoMentis family. My interactions with Mr. Grove were professional and earnest despite the circumstances. I will always have kind memories of my working relationship with him.

Kind regards,
Libby

Sent from my iPhone

On Nov 4, 2011, at 2:58 AM, "Terence Kelly" <tkelly@comentis.com> wrote:

> Dear Libby:
>
> I write regarding patent application PCT/US2009/060273 ("the '273 Application").
>
> We understand that PRF has objections to Morrison & Foerster LLP continuing to prosecute this application. CoMentis believes that it has been and remains entirely appropriate for Morrison & Foerster to handle prosecution of the '273 Application pursuant to the terms of the License Agreement between PRF and Athenagen, Inc. dated September 15, 2006 ("License Agreement"), and the parties' subsequent agreement to transfer prosecution of Joint Patents under section 5.5 of the License Agreement from Townsend, Townsend & Crew LLP to Morrison & Foerster. We also do not believe that CoMentis or Morrison & Foerster did anything wrong in connection with the filing of this application, and that PRF's allegations to the contrary are entirely without merit.
>
> Nonetheless, in the interests of cooperation and avoidance of unnecessary disputes, we propose that prosecution of the '273 Application be transferred from Morrison & Foerster to different patent counsel pursuant to Section 5.5 of the License Agreement. In particular, we propose that the parties agree to select one of the following law firms as patent counsel for the '273 Application:
>
> 1. Bozicevic, Field and Francis LLP
> 2. Eckman and Basu LLP
> 3. Robins & Pasternak LLP
>
> Please let me know if PRF agrees to transfer prosecution of the '273 Application to one of these firms.
>
> Before closing I am saddened to report that Carl Grove has passed away after a brief struggle with pancreatic cancer. The Board of Directors has asked that I handle his responsibilities until they address the organizational consequences of his passing. Please contact me if you would like to discuss the foregoing or other matters pertaining to the PRF/CoMentis relationship.
>
> Sincerely,
>
> Terry
>
> Terence A. Kelly
> Chief Scientific Officer
> CoMentis, Inc

This message contains information which may be confidential and privileged. If you are not the intended recipient or recipients of this message, you are notified that any dissemination, distribution or copying of this message is strictly prohibited. If you received this message in error, please advise the sender by reply e-mail, and delete the message.

11/15/2011

----------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

===============================================================================


This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

11/15/2011