```
STATE OF INDIANA          )       IN THE TIPPECANOE CIRCUIT COURT
                          ) SS:
COUNTY OF TIPPECANOE      )       CAUSE NO. 79C01-1110-PL-00048
```

PURDUE RESEARCH FOUNDATION,      )
                                 )
                 Plaintiff,      )
                                 )
         v.                      )
                                 )
MORRISON & FOERSTER LLP,         )
                                 )
                 Defendant.      )

## APPEARANCE

**Party Classification:**  Initiating _____      Responding _x_      Intervening _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party members:

   **Defendant, Morrison & Foerster LLP**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   | | | |
   |---|---|---|
   | **Andrew W. Hull** | Attorney No.: | 11218-49 |
   | **Michael A. Dorelli** | Attorney No.: | 20862-49 |
   | **HOOVER HULL LLP** | Telephone No.: | (317) 822-4400 |
   | **Attorneys at Law** | Fax No.: | (317) 822-0234 |
   | **111 Monument Circle, Suite 4400** | E-mail: | awhull@hooverhull.com |
   | **P.O. Box 44989** | | mdorelli@hooverhull.com |
   | **Indianapolis, IN  46244-0989** | | |

3. There are other party members: Yes____ No _X_

4. I will accept service by FAX at the above noted number: Yes ____ No _X_

5. This case involves support issues. Yes ____ No _X_

6. There are related cases: Yes ____ No _X_

7. This form has been served on all other parties and Certificate of Service is attached:
   Yes _X_ No____



8. Additional information required by local rule: **None.**

_Andrew W. Hull_
Andrew W. Hull (#11218-49)

_Michael A. Dorelli_
Michael A. Dorelli (#20862-49)

HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tel.: (317) 822-4400
Fax: (317) 822-0234
Email: awhull@hooverhull.com
mdorelli@hooverhull.com

Counsel for Defendant, Morrison & Foerster LLP

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following counsel of record via first class mail with proper postage prepaid this 7th day of November, 2011:

William P. Kealey
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, IN 47902-1010

_Andrew W. Hull_
Andrew W. Hull

604519