| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF TIPPECANOE | ) | CAUSE NO. 79C01-1110-PL-00048 |

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| MORRISON & FOERSTER LLP, | ) |
| Defendant. | ) |

### NOTICE OF FILING NOTICE OF REMOVAL

Defendant, Morrison & Foerster LLP, by counsel, respectfully notifies this Court that on November 16, 2011, it filed in the United States District Court for the Northern District of Indiana, Lafayette Division, a Notice of Removal of the above-captioned cause of action. Pursuant to 28 U.S.C. § 1446(d), this Court shall take no further action in this matter unless and until this matter is remanded. A copy of the Notice of Removal, together with exhibits, is attached hereto as **Exhibit 1**.

Respectfully submitted,

Andrew W. Hull (#11218-49)
Michael A. Dorelli (#20862-49)
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tel.: (317) 822-4400
Fax: (317) 822-0234
Email: awhull@hooverhull.com
mdorelli@hooverhull.com

Counsel for Defendant, Morrison & Foerster LLP



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following counsel of record via first class mail with proper postage prepaid this 16th day of November, 2011:

William P. Kealey
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, IN  47902-1010

Andrew W. Hull

606102