FILED

2011 NOV 16 PM 2:30

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

PURDUE RESEARCH FOUNDATION, )
)
Plaintiff, )
)
v. )
) 4:11CV0061
MORRISON & FOERSTER LLP, )
)
Defendant. )

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(f), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for Defendant, Morrison & Foerster LLP.

November 15, 2011
Date

Andrew W. Hull (#11218-49)
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tel: (317) 822-4400
Fax: (317) 822-0234
awhull@hooverhull.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served upon the following by first class United States Mail, postage prepaid, this 16th day of November, 2011:

William P. Kealey
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, IN  47902-1010

*[signature]*
Andrew W. Hull

606084