UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

PURDUE RESEARCH FOUNDATION,      )
                                 )
            Plaintiff,           )
                                 )
      v.                         )   4:11CV0061
                                 )
MORRISON & FOERSTER LLP,         )
                                 )
            Defendant.           )

## CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for Morrison & Foerster LLP, a Defendant in the above-captioned matter, hereby discloses that it is not held or controlled by any parent corporations and that there are no publicly held corporations or investment funds that hold 10% or greater ownership interest in Morrison & Foerster LLP.

November 16, 2011
Date

Respectfully submitted,

Andrew W. Hull (#11218-49)
Michael A. Dorelli (#20862-49)
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Tel:  (317) 822-4400
Fax:  (317) 822-0234
awhull@hooverhull.com
mdorelli@hooverhull.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following by first class United States Mail, postage prepaid, this 16th day of November, 2011:

William P. Kealey
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, IN  47902-1010

_____
Andrew W. Hull

606086