IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION | ) | |
| | ) | CASE NO.: 4:11-CV-0061 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MORRISON & FOERSTER LLP | ) | |
| | ) | |
| Defendant. | ) | |

# APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for **Purdue Research Foundation.**

Date:  November 17, 2011          /s/ William P. Kealey
　　　　　　　　　　　　　　　　　William P. Kealey (Atty No. 18973-79)
　　　　　　　　　　　　　　　　　Stuart & Branigin LLP
　　　　　　　　　　　　　　　　　300 Main Street, Suite 900
　　　　　　　　　　　　　　　　　P.O. Box 1010
　　　　　　　　　　　　　　　　　Lafayette, IN 47902-1010
　　　　　　　　　　　　　　　　　Telephone: 765.423.1561
　　　　　　　　　　　　　　　　　Facsimile: 765.742-8751
　　　　　　　　　　　　　　　　　Email: wpk@stuartlaw.com
　　　　　　　　　　　　　　　　　*Attorney for Purdue Research Foundation*

**CERTIFICATE OF SERVICE**

      I certify that on the 17th day of November, 2011, the forgoing pleading was filed electronically. Notice of this filing will be sent to:

Andrew W. Hull
Michael A. Dorelli
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

by operation of the Court's electronic filing system.

                                                   /s/ William P. Kealey
                                                   William P. Kealey

597872