IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION | ) | |
| | ) | CASE NO.: 4:11-CV-0061 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MORRISON & FOERSTER LLP | ) | |
| | ) | |
| Defendant. | ) | |

# CORPORATE DISCLOSURE STATEMENT

To the Clerk of this Court and all parties of record:

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for Purdue Research Foundation hereby discloses that it is not held or controlled by any parent corporations and that there are no publicly held corporations or investment funds that hold 10% or greater ownership interest in Purdue Research Foundation.

Date:  November 17, 2011          /s/ William P. Kealey
                                  William P. Kealey (Atty No. 18973-79)
                                  Stuart & Branigin LLP
                                  300 Main Street, Suite 900
                                  P.O. Box 1010
                                  Lafayette, IN 47902-1010
                                  Telephone: 765.423.1561
                                  Facsimile: 765.742-8751
                                  Email: wpk@stuartlaw.com
                                  ***Attorney for Purdue Research Foundation***

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of November, 2011, the forgoing pleading was filed electronically. Notice of this filing will be sent to:

Andrew W. Hull
Michael A. Dorelli
HOOVER HULL LLP
Attorneys at Law
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

by operation of the Court's electronic filing system.

/s/ William P. Kealey
William P. Kealey

597872