UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:11-cv-0061 |
| MORRISON & FOERSTER LLP, | ) ) ) |
| Defendant. | ) |

## NOTICE OF INITIAL EXTENSION OF TIME

Defendant, Morrison & Foerster LLP ("Morrison & Foerster"), by counsel, pursuant to Fed.R.Civ.P. 6(b) and N.D. Ind. L.R. 6.1(a), respectfully notifies the Court of a twenty-eight day extension of time, to and including December 21, 2011, within which Morrison & Foerster shall answer or otherwise respond to the Complaint filed by Plaintiff, Purdue Research Foundation ("PRF").  In support of this notice, Morrison & Foerster states as follows:

1. PRF filed its Complaint in Tippecanoe Circuit Court (Cause No. 79C01-1110-PL-00048) on October 7, 2011.  Defendant received the Complaint and Summons by U.S. Mail on October 17, 2011.

2. On November 16, 2011, the case was timely removed to this Court.

3. Morrison & Foerster did not answer the Complaint prior to removal.  Pursuant to Fed.R.Civ.P. 81(c), the deadline for Morrison & Foerster to answer or present other defenses or objections to the Complaint is the longer of: (A) 21 days after receiving — through service or otherwise — a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed.  Applying the longer of these time periods, Morrison & Foerster

presently has to and including November 23, 2011, to answer or otherwise respond to the Complaint, which time has not yet expired.

4. William Kealey, counsel for PRF, advised that PRF consents to the relief requested herein.

5. Pursuant to Local Rule 6.1(a), Morrison & Foerster shall be automatically allowed up to a twenty-eight (28) day initial extension of time to file a response to Plaintiff's Complaint and no further filings with the Court, nor action by the Court shall be required for the extension.

6. The new deadline for Morrison & Foerster to answer or otherwise respond to the Complaint is December 21, 2011.

Respectfully submitted,

 s/ Andrew W. Hull
Andrew W. Hull, Attorney No. 11218-49
Michael A. Dorelli, Attorney No. 20862-49
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tel.: (317) 822-4400
Fax: (317) 822-0234
Email: awhull@hooverhull.com
          mdorelli@hooverhull.com

Counsel for Defendant, Morrison & Foerster LLP

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the following counsel of record via the Court's ECF System this 21st day of November, 2011:

William P. Kealey
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, IN  47902-1010
wpk@stuartlaw.com

            *s/ Andrew W. Hull*

606371