# HOOVER HULL LLP

ANDREW W. HULL
awhull@hooverhull.com
317.822.4400 x 102

December 1, 2011

**Via Email**

William P. Kealey
STUART & BRANIGIN LLP
8888 Keystone Crossing, Suite 640
Indianapolis, IN 46240
wpk@stuartlaw.com

    Re: *Purdue Research Foundation v. Morrison & Foerster LLP*
          Northern District of Indiana, Lafayette Division
          Case No. 4:11-cv-0061

Dear Bill:

    Thank you for your letter dated November 23, 2011. We have reviewed the arguments and authorities contained in our client's Notice of Removal as well as the arguments and authorities contained in your above-referenced letter. We believe that federal question jurisdiction is present, removal was proper, and that a motion to remand is unwarranted.

    If you have any questions or comments, please do not hesitate to call or write.

                                Very truly yours,

                                Andrew W. Hull

AWH/fg
cc: Michael A. Dorelli

607792


Exhibit B

HOOVER HULL LLP     ATTORNEYS AT LAW
111 MONUMENT CIRCLE    SUITE 4400    P.O. BOX 44989    INDIANAPOLIS, IN 46244-0989
PHONE 317.822.4400     FAX 317.822.0234     WEB www.hooverhull.com