UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-cv-0061 |
| | ) | |
| MORRISON & FOERSTER LLP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF RELATED ACTION

Defendant, Morrison & Foerster LLP ("Morrison & Foerster"), by counsel, hereby gives notice that this matter is related to pending Case No. 4:09-cv-82, *CoMentis, Inc. v. Purdue Research Foundation and Arun K. Ghosh*, filed in the Northern District of Indiana, Lafayette Division (the "CoMentis Lawsuit").  A copy of CoMentis's Third Amended Complaint is attached hereto as **Exhibit A**.  A copy of Purdue Research Foundation's Counterclaim is attached hereto as **Exhibit B**.  Specifically, in its Counterclaim, Purdue Research Foundation ("PRF"), among other things, seeks an injunction preventing CoMentis (Morrison & Foerster's client) from prosecuting Patent Application No. PCT 2009/060273 (the "'273 Application").  In other words, PRF seeks the same remedy against CoMentis in the CoMentis Lawsuit that it seeks against CoMentis's counsel, Morrison & Foerster, in this matter – an injunction against further prosecution of the '273 Application.

Respectfully submitted,

*s/ Andrew W. Hull*
Andrew W. Hull, Attorney No. 11218-49
Michael A. Dorelli, Attorney No. 20862-49
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tel.: (317) 822-4400
Fax: (317) 822-0234
Email:  awhull@hooverhull.com
            mdorelli@hooverhull.com

Counsel for Defendant, Morrison & Foerster LLP

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the following counsel of record via the Court's ECF System this 5th day of December, 2011:

William P. Kealey
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, IN  47902-1010
wpk@stuartlaw.com

*s/ Andrew W. Hull*

607882

2