# United States District Court
# Northern District of Indiana
# Hammond Division at Lafayette

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:11-CV-61-JVB-PRC |
| | ) | |
| MORRISON & FOERSTER LLP, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to Northern District of Indiana Local Rule 40.1(e), this case is **REASSIGNED** to the Honorable Philip P. Simon. Judge Simon is the judge assigned to the related case of *Comentis, Inc. v. Purdue Research Foundation*, et al., Civil Action No. 4:09-CV-82-PPS-APR.

SO ORDERED on December 6, 2011.

 s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge