UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 4:11-CV-61-JVB-PRC |
| ) | |
| MORRISON & FOERSTER LLP, ) | |
|     Defendant. ) | |

**ORDER**

Pursuant to Local Rule 40.1(e), the above-entitled case is **REASSIGNED** to the Honorable Andrew P. Rodovich. Judge Rodovich is currently the magistrate judge assigned to the related, earlier filed case under cause number 4:09-CV-82-PPS-APR.

SO ORDERED this 7th day of December, 2011.

 s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc:    All counsel of record
        Judge Rodovich