UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-cv-0061-PPS-APR |
| | ) | |
| MORRISON & FOERSTER LLP, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Morrison & Foerster LLP ("Morrison & Foerster"), by counsel, pursuant to N.D. Ind. L.R. 6.1(b), respectfully moves the Court for an extension of time to respond to the Complaint filed by Plaintiff, Purdue Research Foundation ("PRF"), and in support, states as follows:

1. PRF filed its Complaint in Tippecanoe Circuit Court (Cause No. 79C01-1110-PL-00048) on October 7, 2011. Defendant received the Complaint and Summons by U.S. Mail on October 17, 2011.

2. On November 16, 2011, the case was timely removed to this Court.

3. On November 21, 2011, Morrison & Foerster filed its Notice of Initial Extension of Time to respond to PRF's Complaint, to and including December 21, 2011. [Docket No. 9]. Such time has not yet expired.

4. On December 2, 2011, PRF filed it Motion for Remand. [Docket No. 10].

5. On December 13, 2011, Morrison & Foerster filed its Agreed Motion for Extension of Time to Respond to Motion for Remand, requesting to and including January 10,

2012 to respond.  [Docket No. 14].

6. Morrison & Foerster respectfully requests an extension of time to and including fourteen (14) days after this Court rules on PRF's Motion for Remand, to answer or otherwise respond to PRF's Complaint in this matter.

7. Counsel for Morrison & Foerster has consulted with counsel for PRF regarding the extension requested herein, and counsel for PRF has no objection to the requested extension.

8. This Motion is made in good faith and not for purposes of delay.

9. No party will be prejudiced if the Court grants this Motion.

WHEREFORE, Defendant, Morrison & Foerster LLP, by counsel, pursuant to N.D. Ind. L.R. 6.1(b), respectfully moves the Court for an extension of time to and including fourteen (14) days after this Court rules on PRF's Motion for Remand to respond to PRF's Complaint in this matter, and for all other relief just and proper.

> Respectfully submitted,
>
> *s/ Andrew W. Hull*
> Andrew W. Hull, Attorney No. 11218-49
> Michael A. Dorelli, Attorney No. 20862-49
> HOOVER HULL LLP
> 111 Monument Circle, Suite 4400
> P.O. Box 44989
> Indianapolis, IN 46244-0989
> Tel.: (317) 822-4400
> Fax: (317) 822-0234
> Email: awhull@hooverhull.com
>           mdorelli@hooverhull.com
>
> Counsel for Defendant, Morrison & Foerster LLP

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served upon the following counsel of record via the Court's ECF System this 13th day of December, 2011:

William P. Kealey
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, IN  47902-1010
wpk@stuartlaw.com

                                              *s/ Andrew W. Hull*

609091