# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11-cv-0061-PPS-APR |
| ) | |
| MORRISON & FOERSTER LLP, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Agreed Motion for Extension of Time to Respond to Motion for Remand [DE 14] and the Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint [DE 15], filed by the defendant, Morrison & Foerster LLP, on December 13, 2011.  The Court, having been duly advised in the premises, finds that said motions hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Morrison & Foerster, LLP is hereby granted to and including January 10, 2012, to respond to Plaintiff's Motion for Remand.  Morrison & Foerster, LLP's response to the plaintiff's complaint is due fourteen (14) days after the court rules on the Plaintiff's Motion for Remand.

ENTERED this 13th day of December, 2011

/s/ Andrew P. Rodovich
United States Magistrate Judge