**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-cv-0061-PPS-APR |
| | ) | |
| MORRISON & FOERSTER LLP, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO MOTION FOR REMAND**

Plaintiff, Morrison & Foerster LLP ("Morrison & Foerster"), by counsel, pursuant to

N.D. Ind. L.R. 6.1(b), respectfully moves the Court for a second extension of time to and

including January 13, 2012, to respond to the Motion for Remand filed by Plaintiff, Purdue

Research Foundation ("PRF"), and in support, states as follows:

1.      On December 2, 2011, PRF filed its Motion for Remand.  [Docket No. 10].

2.      Pursuant to this Court's Order of December 13, 2011, Morrison & Foerster's

response is due on January 10, 2012, which time has not yet expired.

4.      Morrison & Foerster respectfully requests an extension of time of three (3) days

to and including January 13, 2012, to prepare its response to PRF's Motion for Remand.

7.      Counsel for Morrison & Foerster has consulted with counsel for PRF regarding

the extension requested herein, and counsel for PRF has no objection to the requested extension.

8.      This Motion is made in good faith and not for purposes of delay.

9.      No party will be prejudiced if the Court grants this Motion.

WHEREFORE, Plaintiff, Morrison & Foerster LLP, by counsel, pursuant to N.D. Ind.

L.R. 6.1(b), respectfully moves the Court for an extension of time to and including January 13,

2012, to respond to the Motion for Remand filed by Plaintiff, Purdue Research Foundation, and

for all other relief just and proper.

Respectfully submitted,

 s/ Michael A. Dorelli
Andrew W. Hull, Attorney No. 11218-49
Michael A. Dorelli, Attorney No. 20862-49
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tel.: (317) 822-4400
Fax: (317) 822-0234
Email: awhull@hooverhull.com
        mdorelli@hooverhull.com

Counsel for Defendant, Morrison & Foerster LLP

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the following counsel of record via the Court's ECF System this 6th day of January, 2012:

William P. Kealey
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, IN  47902-1010
wpk@stuartlaw.com

 s/ Michael A. Dorelli

611193

2