# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11-cv-0061-PPS-APR |
| ) | |
| MORRISON & FOERSTER LLP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Unopposed Second Motion for Extension of Time to Respond to Motion for Remand [17], filed Morrison & Foerster LLP, on January 6, 2012. The Court, having been duly advised in the premises, finds that said motions hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Morrison & Foerster, LLP is hereby granted to and including January 13, 2012, to respond to Plaintiff's Motion for Remand.

ENTERED this 9th day of January, 2012

/s/ Andrew P. Rodovich
United States Magistrate Judge