UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11-cv-0061-PPS-APR |
| ) | |
| MORRISON & FOERSTER LLP, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR ORAL ARGUMENT

Defendant, Morrison & Foerster, LLP ("Morrison & Foerster") by counsel, pursuant to N.D. Ind. L.R. 7.5(a), respectfully moves the Court for an order setting oral argument regarding Plaintiff's Motion for Remand [Dkt. #10], Defendant's Response in Opposition [Dkt. #19], and Plaintiff's Reply in Support [Dkt. #20]. Counsel for Morrison & Foerster estimates that the hearing will take one hour.

The oral argument will aid the Court in considering the grounds for federal question jurisdiction in this matter. Plaintiff's Complaint in this matter seeks to enjoin Morrison & Foerster's prosecution of a patent application and its progeny before the U.S. Patent and Trademark Office on behalf of Morrison & Foerster's client, non-party CoMentis, Inc. Plaintiff attempts to allege some state law fiduciary duty as the basis for the injunction relief. Morrison & Foerster has identified two areas in which federal questions are necessarily raised by Plaintiff's Complaint. First, federal patent law dictates the procedure for filing a patent application on behalf of the client and a co-applicant, like PRF, who "refuses to join" in the application and establishes that no duty is created in favor of the non-client co-applicant by virtue of that filing. Second, PRF's allegations regarding both the existence of a legal duty and ownership of

confidential information contained within the '273 Application raise federal "inventorship" issues that this Court necessarily must resolve.

                                                Respectfully submitted,

                                                *s/ Andrew W. Hull*
                                                Andrew W. Hull, Attorney No. 11218-49
                                                Michael A. Dorelli, Attorney No. 20862-49
                                                HOOVER HULL LLP
                                                111 Monument Circle, Suite 4400
                                                P.O. Box 44989
                                                Indianapolis, IN 46244-0989
                                                Tel.: (317) 822-4400
                                                Fax: (317) 822-0234
                                                Email: awhull@hooverhull.com
                                                          mdorelli@hooverhull.com

                                              Counsel for Defendant, Morrison & Foerster LLP

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served upon the following counsel of record via the Court's ECF System this 20th day of January, 2012:

William P. Kealey
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, IN 47902-1010
wpk@stuartlaw.com

                                                *s/ Andrew W. Hull*

612945