UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11-cv-0061-PPS-APR |
| ) | |
| MORRISON & FOERSTER LLP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the parties' Stipulated Motion for Temporary Stay of Litigation. [DE 22] Having considered the arguments and evidence submitted and for good cause appearing, and in light of the agreement among the parties, the motion is GRANTED. All pending deadlines and events in this litigation are stayed until March 2, 2012.

**SO ORDERED**.

ENTERED this 27th day of January, 2012

/s/ Andrew P. Rodovich
United States Magistrate Judge