UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:11-cv-0061-PPS-APR |
| MORRISON & FOERSTER LLP, | ) ) ) |
| Defendant. | ) |

**THIRD STIPULATED MOTION FOR TEMPORARY STAY OF LITIGATION**

Plaintiff Purdue Research Foundation ("PRF") and Defendant Morrison & Foerster, LLP ("Morrison & Foerster"), through counsel, respectfully move for a temporary stay of all pending deadlines and events in this litigation until April 30, 2012. In support of this motion, the parties state as follows:

1. In light of continued settlement discussions that may resolve this dispute, the parties agree that a temporary stay of this litigation, including all of the pending deadlines and events, until April 30 would serve judicial economy and conserve the time and resources of the Court and the parties.

2. In the event that the settlement discussions do not resolve this dispute and the litigation proceeds, the parties agree that the proposed stay shall not operate to the prejudice of any party. The parties agree that the proposed stay shall not be used or construed against any party as an admission or concession with respect to any claims, counterclaims, or defenses or with respect to any pending motions or discovery requests.

WHEREFORE, the parties respectfully request that the Court grant this motion for a temporary stay of all pending deadlines and events in this litigation until April 30, 2012.

Respectfully submitted,

*s/ William P. Kealey*
William P. Kealey (Atty No. 18973-79)
STUART & BRANIGIN LLP
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, IN  47902-1010
Telephone: (765) 423-1561
Facsimile: (765) 742-8175
wpk@stuartlaw.com

Counsel for Plaintiff, Purdue Research Foundation

 *s/ Andrew W. Hull*
Andrew W. Hull, Attorney No. 11218-49
Michael A. Dorelli, Attorney No. 20862-49
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Tel.: (317) 822-4400
Fax: (317) 822-0234
Email:  awhull@hooverhull.com
            mdorelli@hooverhull.com

Counsel for Defendant, Morrison & Foerster LLP

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was served upon the following counsel of record via the Court's ECF System on March 16, 2012:

William P. Kealey
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, IN  47902-1010
wpk@stuartlaw.com

                *s/ Andrew W. Hull*

619469