UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11-CV-0061-JVB-PRC |
| | ) | |
| MORRISON & FOERSTER LLP, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Comes now the Plaintiff, Purdue Research Foundation, by counsel, and gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that Plaintiff hereby voluntarily dismisses its complaint in this cause with prejudice.

/s/ William P. Kealey
William P. Kealey
Attorney No.  18973-79
STUART & BRANIGIN
The Life Building
300 Main Street, Suite 800
P.O. Box 1010
Lafayette, Indiana  47902-1010
Telephone:  (765) 428-7077

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 4th day of May, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system:

  Andrew W. Hull, Esq.
  Hoover Hull LLP
  awhull@hooverhull.com

  Michael A Dorelli, Esq.
  Hoover Hull LLP
  mdorelli@hooverhull.com, rmiller@hooverhull.com

            /s/ William P. Kealey
            William P. Kealey

612095.1