UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PURDUE RESEARCH FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:11-cv-0061-PPS-APR |
| | ) | |
| MORRISON & FOERSTER LLP, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Purdue Research Foundation filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I). [DE 28.]  Plaintiff signed the dismissal, and the Defendant has not filed an answer or motion for summary judgment, so dismissal is appropriate.  This matter is **DISMISSED with prejudice**, the parties to pay their respective costs and fees without reimbursement.

**SO ORDERED.**

ENTERED: May 4, 2012

s/ Philip P. Simon
PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT